```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  PEGGY SASSO, CA Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5

6  Attorney for Defendant
   LEONEL AYON-ONTIVEROS
7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-0032 AWI |
|---|---|---|
| *Plaintiff,* | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) ) | ORDER |
| LEONEL AYON-ONTIVEROS, | ) ) | Date: October 3, 2011 |
| *Defendant.* | ) ) | Time: 9:00 a.m. Judge: Hon. Anthony W. Ishii |
|  | ) ) |  |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Ian Garriques, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Leonel Ayon-Ontiveros, that the hearing currently set for September 12, 2011 at 9:00 a.m., **may be rescheduled to October 3, 2011 at 9:00 a.m.**

This continuance is at the request of counsel. Mr. Ayon-Ontiveros is currently at the Bureau of Prisons at FMC Butner.  It is expected that he will be returned to this district for further proceedings within the next several weeks.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded pursuant to the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161(h)(1)(A); 3161(h)(1)(F); 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), and that good cause exists, and that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: September 6, 2011          /s/ Ian Garriques
                                  IAN GARRIQUES
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

Dated: September 6, 2011          /s/ Peggy Sasso
                                  PEGGY SASSO
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  Leonel Ayon-Ontiveros


**ORDER**

IT IS SO ORDERED.

Dated:    September 6, 2011
                                  CHIEF UNITED STATES DISTRICT JUDGE

AYON-ONTIVEROS: Stipulation to Continue
Status Conference Hearing; [Proposed] Order          -2-